FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Edgar Solares

**BANKRUPTCY NO.** 2:11–bk–28761–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–0987
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 5/12/11

**Address:**
3141 W 111th St
Inglewood, CA 90303

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and
(2) the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: May 12, 2011

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**11 / WCK**